Argued May 24, reversed June 11, 1979

STATE OF OREGON, *Respondent,*
*v.*
MICHAEL REX ALLISON, *Appellant.*
(No. C 78-08-14039, CA 13080)
595 P2d 1295

J. Marvin Kuhn, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

W. Benny Won, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Tanzer, Richardson and Roberts, Judges.

PER CURIAM

**PER CURIAM**

Defendant was convicted of participation in a robbery. There was no evidence of his involvement beyond his presence at the scene. This was insufficient to make a jury question.

Reversed.